[No. 54972-3-I.   Division One.   October 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALAN RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00980-9, Larry E. McKeeman, J., entered August 26, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55617-7-I.   Division One.   October 24, 2005.]

MANSON CONSTRUCTION COMPANY, *Appellant*, v. KING COUNTY REAL ESTATE SERVICES DIVISION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-35832-9, Dean Scott Lum, J., entered December 1, 2004. *Reversed* by unpublished opinion per Becker, J., concurred in by Baker and Schindler, JJ.

[No. 32007-0-II.   Division Two.   October 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHAN DOUGLAS KAUFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-01754-3, Richard A. Strophy, J., entered July 21, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt, J., and Morgan, J. Pro Tem.

[No. 32101-7-II.   Division Two.   October 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON GENE BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-00882-1, Christine A. Pomeroy, Richard A. Strophy, and Paula Casey, JJ., entered August 10, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.